# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 302 WAL 2021

             Respondent                  :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

             v.                       :

                                     :

SHAWN SHYHIME JEFFERSON,        :

             Petitioner                   :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 303 WAL 2021

             Respondent                  :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

             v.                       :

SHAWN SHYHIME JEFFERSON,        :

             Petitioner                   :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 304 WAL 2021

             Respondent                  :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

             v.                       :

SHAWN SHYHIME JEFFERSON,        :

             Petitioner                   :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 305 WAL 2021

             Respondent                  :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

             v.                       :

SHAWN SHYHIME JEFFERSON, : 

Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 306 WAL 2021

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

SHAWN SHYHIME JEFFERSON, :

Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 307 WAL 2021

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

SHAWN SHYHIME JEFFERSON, :

Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 308 WAL 2021

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

SHAWN SHYHIME JEFFERSON, :

Petitioner :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.